[No. 72990-0-I.   Division One.   March 7, 2016.]

THOMAS E. LUTZ, *Respondent*, v. WILLIAM P. RAETHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-06921-1, Carol A. Schapira, J., entered December 11, 2014. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Cox and Appelwick, JJ.

[No. 73009-6-I.   Division One.   March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO MOLINA PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13665-8, Barbara Linde, J., entered January 7, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Lau, J.

[No. 73027-4-I.   Division One.   March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT WILLIAM BARBEE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01679-9, Michael T. Downes, J., entered December 23, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Trickey, JJ.

[No. 73032-1-I.   Division One.   March 7, 2016.]

ELSADIG AHMED, *Appellant*, v. GLACIER FISH COMPANY, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-23510-2, Samuel Chung, J., entered December 29, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.